IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00046-M-BM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMARIO LEQUAN MOORE | ) | |
| a/k/a "2Poo" | ) | |

This matter comes before the court on the United States' Motion to Dismiss Counts Two and Three of the Indictment [DE 200]. According to the motion, the Government agreed to dismiss Counts Two and Three as part of Defendant's guilty plea to Counts One and Four. On August 6, 2025, the Honorable Terrence W. Boyle sentenced Defendant on Counts One and Four "but did not address Counts Two and Three." *See id.*

Pursuant to Fed. R. Crim. P. 11(c)(1)(A) and 36, the motion is GRANTED. Counts Two and Three of the Indictment in this case (DE 1) as to this Defendant only are DISMISSED. The Clerk of the Court shall issue a Corrected Judgment in accordance with this order.

SO ORDERED this 10th day of September, 2025.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge